Argued November 5—decided November 6, 1968

ANN FEDAK *v.* JOSEPH WOICHOWSKI ET AL., EXECUTORS (ESTATE OF WALTER M. WOJKOWSKY)

The motions by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County are denied.

*Raphael Korff,* for the appellee (plaintiff).

*Leonard C. Blum,* for the appellants (defendants).

Argued November 5—decided November 6, 1968